# In the United States Court of Federal Claims

No. 08-677 C

(Filed March 15, 2010)

```
* * * * * * * * * * * * * * * * * * * *
RANDAL M. BEVEVINO, et. al.,    *
                                *
              Plaintiffs,       *
                                *
      v.                        *
                                *
THE UNITED STATES,              *
                                *
              Defendant.        *
* * * * * * * * * * * * * * * * * * * *
```

## ORDER

On March 2, 2010, plaintiffs filed an Unopposed Motion to Enlarge the Deadline for Discovery by three months.  Discovery is currently scheduled to end on April 1, 2010.  *See* Order of September 2, 2009.  For good cause shown, plaintiffs' motion is granted.

Accordingly, it is hereby **ORDERED** that

(1)   All **discovery**, including production of documents, depositions, interrogatories and requests for admissions shall be **COMPLETED** on or before **July 1, 2010**.

(2)   On **July 16, 2010**, or two weeks after completion of discovery, whichever occurs earlier, counsel are directed to **FILE** a **Joint Status Report** informing the court of the status of proceedings in the case and the extent to which the parties have determined whether any or all of the instant matter may be settled.  The status report shall also set forth a proposed schedule for the exchanges required by Appendix A, ¶ 13 and the filings required by ¶¶ 14 through 17.  In the event that

any dispositive motions are to be filed, the status report shall state a proposed date for such motions.

/s/Lynn J. Bush
LYNN J. BUSH
Judge